IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMANUEL DAVENPORT, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 16-6397 |
| CITY OF PHILADELPHIA, PA, et al., | |
| Defendants. | |

## ORDER

**AND NOW**, this 26th day of October, 2018, upon consideration of Defendants' Motion to Dismiss Count II of the Second Amended Complaint (Doc. No. 29), and Plaintiff's Response to Defendants' Motion (Doc. No. 31), it is **ORDERED** that Defendants' Motion to Dismiss Count II (Doc. No. 29) is **GRANTED** in its entirety.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.